UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MICHAEL HARRIS,<br><br>              Plaintiff,<br><br>      v.<br><br>KING COUNTY, et al,<br><br>              Defendants. | Case No.  C05-1121JCC<br><br>MINUTE ORDER SETTING<br> SETTLEMENT CONFERENCE |

The following Minute Order is made by direction of the Court, the Hon. J. Kelley Arnold, United States Magistrate Judge:

A settlement conference will be held with the Honorable J. Kelley Arnold, U.S. Magistrate Judge, at **9:00 a.m. on September 29, 2006.**

Settlement briefs/memorandums will be due **by 4:00 p.m. on September 26, 2006.** The briefs are to be delivered to Judge Arnold's chambers at 1717 Pacific Avenue, Courtroom D, Tacoma, Washington 98402, or delivered by facsimile to 253-882-3881. They are not to be filed.

**In addition to counsel, parties and insurers having authority to settle, and to adjust pre-existing settlement authority if necessary, are directed to be present in person.**

The foregoing Minute Order entered by       /s/ *Allyson P. Swan*                    , Judicial Assistant to Judge Arnold, this September 18, 2006.

MINUTE ORDER