05-CV-01121-APPL

FILED ___ LODGED ___
___ RECEIVED

SEP 22 2006

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MICHAEL HARRIS, )
                ) NO. CV05 1121C
Plaintiff,      )
                ) APPLICATION AND ORDER
Vs.             ) FOR WRIT OF HABEAS CORPUS
                ) AD PROSEQUENDUM
KING COUNTY, ET AL. )
                )
Defendants      )

COMES NOW plaintiff Michael Harris and his counsel, Jean Schiedler-Brown, and represents and shows:

That there is now detained in the Washington Corrections Center, W. 2321 Dayton Airport Road, Shelton, WA 98584, 360-426-4433 in the custody of the Director, Warden, Superintendent, or Jailor thereof, (to wit: Superintendent Doug Waddington )the plaintiff herein, MICHAEL D. HARRIS, Washington DOC Number 974730, in the above-entitled case, and it is necessary that he be present in the Courtroom of U.S. Magistrate Judge J. Kelly Arnold at United States Courthouse, Courtroom D, 1717 Pacific Avenue Tacoma WA 98402 on Friday, September 29, 2006, at the hour of 9:00 AM:

\_\_\_ Initial appearance before United States Magistrate and/or appointment of attorney

\_\_\_ Plea Hearing

\_\_\_ Motion Hearing

\_\_\_ Trial

\_\_\_ Sentencing

APPLICATION AND ORDER FOR WRIT OF HABEAS CORPUS
AD PROSEQUENDUM
Page 1 of 2

*Law Offices of*
**Jean Schiedler-Brown & Associates**
606 Post Ave., Suite 101
Seattle, Washington 98104
Telephone (206) 223-1888
Fax (206) 622-4911

1   XX   Other Court ordered settlement conference with Honorable J. Kelly Arnold, U.S.
2   Magistrate Judge.
3   and for all proceedings subsequent to the above-checked appearance.
4       WHEREFORE, your petitioner prays for an order directing the issuance of a Writ of
5   Habeas Corpus ad Prosequendum out of and under the seal of this Court, directed to said
6   Director, Warden, superintendent, or Jailor, commanding him or her to have and produce the
7   above-named defendant at said United States Courthouse at said time; the defendant to be
8   returned to you at the conclusion of the above checked proceedings.
9       DATED this 22nd day of September, 2006

Respectfully submitted,

/s/ Jean Schiedler-Brown

_____
Jean Schiedler-Brown, WSBA #7753
For Plaintiff

### ORDER

Upon reading and filing the foregoing application in that behalf;

IT IS ORDERED that a Writ Habeas Corpus ad Prosequendum issue as prayed for herein.

Dated this 22 day of Sept., 2006

_____
UNITED STATES MAGISTRATE JUDGE

APPLICATION AND ORDER FOR WRIT OF HABEAS CORPUS
AD PROSEQUENDUM
Page 2 of 2

*Law Offices of*
**Jean Schiedler-Brown & Associates**
606 Post Ave., Suite 101
Seattle, Washington 98104
Telephone (206) 223-1888
Fax (206) 622-4911